UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

MAMA K. JAMMEH,

                    Plaintiff,

         -against-                                  18-cv-6255 (LAK)

CITY OF NEW YORK, et al.,

                    Defendants.

------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Magistrate Judge Ona Wang issued an order on February 15, 2019 directing the plaintiff to submit a letter on or before March 1, 2019 explaining why the action should not be dismissed for failure to prosecute. The order informed the plaintiff that failure to respond may result in dismissal of the complaint. The plaintiff did not respond to the order.

        Subsequently, Judge Wang issued a report and recommendation ("R&R") on March 19, 2019 recommending that the action be dismissed without prejudice. The plaintiff did not file any objection within the time prescribed. Accordingly, the Court adopts the recommendation. The action is dismissed without prejudice for failure to prosecute.

        SO ORDERED.

Dated:     April 29, 2019

                                                      _____
                                                           Lewis A. Kaplan
                                                     United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2019